# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

William Pazienza Sr

(Alias) _____

_____

Please PRINT Clearly

_S7 11 cr 614_

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF

## APPEARANCE

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA      2. [✓] RETAINED      3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO      [✓] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO._____ YR. _1990_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
11/30/11

SIGNATURE_____

PRINT THE FOLLOWING INFORMATION CLEARLY

_John A. Scervider_
Attorney for Defendant _ William Pazienza_

Firm name if any
_65-12 69th Place_
Street address
_Middle Village NY 11379_
City          State          Zip
_718 894-6300_
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186