# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

December 5, 2011

VIA FACSIMILE (212) 805-4175
VIA E-MAIL: NYSTTMLEMUNIT@NYSTT.USCOURTS.GOV
VIA ELECTRONIC FILING

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

Please be advised that I am out of the Country on vacation for the week of December 5, 2011, and I understand that there is a court date scheduled for December 9, 2011. Due to the fact that I am a sole practitioner, I will not be available for the court appearance. I have advised my client and Assistant US Attorney, Daniel Chung. Kindly advise of a new court date. Thanking you in advance for your cooperation and understanding.

Very truly yours,

JOHN A. SERVIDER
JAS:hc