# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

March 28, 2012
<u>Via Electronic Filing</u>

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl Street**
**New York, NY 10007-1312**
**Attn: Honorable Victor Marrero**

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

     Please be advised that I represent William Pazienza, Sr. with regard to the above-captioned matter and we are making a special request for the Easter Holiday. My client would like to attend Church services with his family at St. Bernard's Church located at 3100 Hempstead Turnpike, Levittown, NY 11756 for 12:00 Mass. He would also like to attend a family dinner after church at his daughter, Vera Ann Tomaselli's house located at 44 Harvest Lane, Levittown, NY 11756. We are requesting permission for Mr. Pazienza to leave his house at 11:00 a.m. and to return home after dinner at 8:00 p.m.

     My office made this request to the Probation Department and they approved his attendance for Church services, however, they need your permission for him to remain with his family for Easter dinner. Please authorize this Holiday request at your earliest convenience.

Very truly yours,
____/s/_____
JOHN A. SERVIDER
JAS: hc