# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/12

March 28, 2012

<u>VIA FACSIMILE (212) 805-6382</u>
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

    Please be advised that I represent William Pazienza, Sr. with regard to the above-captioned matter and we are making a special request for the Easter Holiday. My client would like to attend Church services with his family at St. Bernard's Church located at 3100 Hempstead Turnpike, Levittown, NY 11756 for 12:00 Mass on April 8, 2012. He would also like to attend a family dinner after church at his daughter, Vera Ann Tomaselli's house located at 44 Harvest Lane, Levittown, NY 11756. We are requesting permission for Mr. Pazienza to leave his house at 11:00 a.m. on April 8, 2012 and to return home after dinner at 8:00 p.m on April 8, 2012.

    My office made this request to the Probation Department and they approved his attendance for Church services, however, they need your permission for him to remain with his family for Easter dinner. Please authorize this Holiday request at your earliest convenience.

Very truly yours,

JOHN A. SERVIDER
JAS: hc

cc: Leo Barrios via electronic mail
Leo_Barrios@nyspt.uscourts.gov

Request GRANTED. The bail conditions of defendant _William Pazienza_ herein are modified to permit travel to _Levittown, NY_ on _4-8-12_ thru _4-18-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

_3-30-12_
DATE     Victor Marrero, U.S.D.J.