RECEIVED
MAY 3 - 2012
CHAMBERS OF
JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/12

Erin Ryan
59 Kensington Rd
Bronxville NY 10708
914-420-2593

April 29, 2012

Via Fax and Regular Mail
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street-Room 600
New York, NY 10007

United States v. Pazienza, et. al, 11 Cr. 614 (VM)

**APPLICATION FOR RETURN OF BAIL MONEY**

Dear Judge Marrero,

My name is Erin Ryan and I am the common law wife of Willie Pazienza. I write to request return of the $10,000 that I posted for his bail on Dec. 27, 2011.

I apologize for involving you in this issue, but I have no other alternative. I have tried to resolve this without bothering the Court. On April 1, 2012, I faxed a request to Federal Prosecutor Daniel Chung requesting his assistance. A copy of that letter is enclosed. His assistant informed me that Mr. Chung could not help me because being I am considered "a part of William Pazienza's team", and suggested that I contact John Servider, the attorney for Mr. Pazienza in this case. I promptly called Mr. Servider on 4/6/12 and left a voice mail requesting his assistance in getting back my bail money. Mr. Servider has not returned my call.

I need this money now. Since February of this year, Mr. Pazienza has refused to provide any funds to pay his share of the bills that we incurred while together, or to pay <u>anything</u> toward the support of our minor son, Vincent. At the present time, my salary is not sufficient to cover all the debts he has unfairly left me and to pay the child care expenses for Vincent. Since Mr. Pazienza moved out of our home on Feb. 14, 2012, I have experienced a financial crisis trying to support myself and our son Vincent. I have requested Mr. Pazienza repeatedly to contribute to these expenses but he has refused. Finally, I informed Mr. Pazienza on 2/10/12 that I would have no choice but to seek the return of the $10,000 from the Court if he did not contribute to these expenses. Mr. Pazienza failed to respond to this request as well. Under these circumstances, I unfortunately have no choice but to seek the Court's assistance in securing immediate return of the $10,000 I posted towards Mr. Pazienza's bail.

Thank you for your assistance. Let me know if you need any additional information or if there is anything else I must do to secure the prompt return of my money. I can be reached at 914-420-2593.

Respectfully,

*Erin Ryan*

Erin Ryan

cc(w/encl.):   AUSA Daniel Chung
John Servider, Esq.
<u>Via Fax and Regular Mail</u>

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *Erin Ryan*.

SO ORDERED.

5-23-12
DATE        VICTOR MARRERO, U.S.D.J.

4/1/2012

Daniel Chung
1st St. Andrews Plaza
City Hall
NY NY 10007

Dear Mr. Chung,

My name is Erin Ryan; I am the former common law wife of William Mario Pazienza (DOB 12/19/1946) and write to request the immediate return of the $10,000 bond that I posted for his release on bail. As you know, I posted this bond on Dec. 27/2011. Since January of this year, however Mr. Pazienza has refused to provide any funds to pay the bills that we incurred while together, or to pay anything toward the support of our son, Vincent. At the present time, my salary is not sufficient to cover all of the debts he has unfairly left me and to pay the child care expenses for Vincent. . I requested Mr. Pazienza to contribute to these expenses several times but he has refused. Finally, I informed him on 2/10/12 that I will have to seek the return of the $10,000 if he does not contribute to these expenses. Mr. Pazienza has failed to respond to my request. Under these circumstances, I unfortunately have no choice but to seek the immediate return of my $10,000 to support myself and our child. Please advise me immediately what I must do to secure the return of my $10,000. If you have any questions, I can be reached at 914-420-2593.

Also the included closing statement will prove that the money posted for bail was indeed mine.

Thank you for your immediate attention to this important matter.


Sincerely,



Erin Ryan