# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

June 7, 2012

**VIA FACSIMILE (212) 805-6382**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

     Pursuant to our last conference, my client was able to obtain a replacement of the ten thousand dollars ($10,000.00) cash bail. His brother Louis Pazienza has obtained a loan and now has the funds to place with the court. I have contacted Assistant U.S. Attorney Daniel Chung and we will make arrangements to replace the cash bail prior to our next court appearance. However, Mr. Chung will not agree to modify the existing bail condition regarding my client's home detention. Based upon my client's medical history, his lack of exercise and his need for part time employment, we are respectfully requesting that he be able to have the court approve a curfew. We are asking that my client be able to leave his residence at 8:00 a.m. and return home by 8:00 p.m. for approximately five (5) to six (6) days a week.

     Please advise as to whether or not we could have a hearing before you or whether or not we will have to schedule an appearance before Magistrate Ellis. Thank you for your understanding in this matter.

Very truly yours,

JOHN A. SERVIDER
JAS: hc

cc: AUSA Daniel Chung via electronic mail
Daniel.P.Chung@USDOJ.Gov

---

*Handwritten order:* The parties are directed to address in Magistrate Court the matters set forth above regarding a substitution of cash security for release on bail.

SO ORDERED:

6-11-12
DATE     VICTOR MARRERO, U.S.D.J.