# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

June 11, 2012

**VIA FACSIMILE (212) 805-6382**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/12

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

Please be advised that I represent William Pazienza, Sr. with regard to the above-captioned matter and we are making a special request for Mr. Pazienza's son's High School Graduation on June 16, 2012 at 6:00 p.m. My client would like to attend the graduation ceremony with his family at Bronxville High School located at 177 Pondfield Road, Bronxville, NY 10708. He would also like to attend a family dinner after the graduation ceremony. We are requesting permission for Mr. Pazienza to leave his house at 5:00 p.m. on June 16, 2012 and to return home after dinner at 10:00 p.m. on June 16, 2012.

My office made this request to the Probation Department and they need your permission for him to attend the graduation ceremony and dinner. Please authorize this special request at your earliest convenience.

Very truly yours,

JOHN A. SERVIDER
JAS: hc

cc: Leo Barrios via electronic mail
Leo_Barrios@nyspt.uscourts.gov

cc. USA Daniel Chung via electronic mail
Daniel.P.Chung@USDOJ.Gov

---

Request **GRANTED**. The bail conditions of defendant _William Pazienza_ herein are modified to permit travel to _Bronxville, NY_ on _6-16-12_ thru _6-16-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:
_6-12-12_
DATE       VICTOR MARRERO, U.S.D.J.