UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/12

UNITED STATES OF AMERICA

-against-

WILLIAM PAZIENZA,

                 Defendant.

11 CR. 614 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

By letter dated April 29, 2012, Erin Ryan ("Ryan") requested the return of the $10,000 she posted as bail for defendant William Pazienza ("Pazienza"). At a proceeding on this matter on May 25, 2012, Pazienza agreed to provide another source to substitute the cash Ryan has Posted. Pazienza has complied with that undertaking through cash posted by Louis Pazienza. Accordingly, it is hereby

**ORDERED** that the Clerk of the Court return to Erin Ryan the $10,000 she posted as bail for William Pazienza.

SO ORDERED:

Dated:    New York, New York
           22 June 2012

                                Victor Marrero
                                U.S.D.J.