# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

December 13, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/12

**VIA FACSIMILE (212) 805-6382**

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

### RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
### Indictment #: S1-11-CR-614

Dear Honorable Marrero:

As you know, I represent William Pazienza, Sr. and I am making this letter Motion with the consent of Assistant US Attorney Michael Ferrara and Pretrial Services officer, Dennis Khilkevich. All of the parties have agreed to modify Mr. Pazienza's bail conditions as follows:

1) That he will be released from 24hour home confinement effective upon the signing of your Order.

2) That he shall be electronically monitored between the hours of 8:00 a.m. to 8:00 p.m. the following day.

3) That 8:00 p.m. will be his curfew time each day and he will be allowed to leave his residence at 8:00 am each day.

4) That Mr. Pazienza will seek employment.

5) That Mr. Pazienza will continue to meet with pretrial service officer Dennis Khilkevich and continue to follow his instructions.

The Defense requests that your Honor grant the above modification to Mr. Pazienza's bail condition.

Thank you for your cooperation and understanding.

Very truly yours,

*[signature]*

JOHN A. SERVIDER
JAS: hc

cc: Dennis Khilkevich via electronic mail
NYSPTML_EMUNIT@nyspt.uscourts.gov

cc: AUSA Michael Ferrara via electronic mail
Michael.Ferrara@USDOJ.Gov

---

Request GRANTED. The bail conditions of defendant *William Pazienza* herein are modified to permit *release from home confinement, with electronic monitoring* for the purposes and on the terms and conditions set forth above.

SO ORDERED:

12-13-12
DATE         VICTOR MARRERO, U.S.D.J.