# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/12

**December 19, 2012**

**VIA FACSIMILE (212) 805-6382**

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl Street**
**New York, NY 10007-1312**
**Attn: Honorable Victor Marrero**

**RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA**
**Indictment #: S1-11-CR-614**

Dear Honorable Marrero:

With the consent of the Assistant US Attorney, Michael Ferrara and Pretrial Services Officer Dennis Khilkevich, I write on behalf of my client, William Pazienza, who is requesting permission to visit his mother-in-law, Alberta Ryan, who is terminally ill, who is located at 39-24 Hamden Hill Road, Hamden, New York 13782, on Friday, December 20, 2012. He will be traveling between his curfew hours and will return home by 8:00 p.m.

Very truly yours,

John A. Servider

JOHN A. SERVIDER
Jas:

cc: Dennis Khilkevich via electronic mail
NYSPTML_EMUNIT@nyspt.uscourts.gov

cc: AUSA Michael Ferrara via electronic mail
Michael.Ferrara@USDOJ.Gov

Request GRANTED. The bail conditions of defendant William Pazienza herein are modified to permit travel to Hamden, NY on 12-20-12 thru 12-20-12 for the purposes and on the terms and conditions set forth above.

SO ORDERED:

12-20-12
DATE

VICTOR MARRERO, U.S.D.J.