# JOHN A. SERVIDER

### ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/13
```

**January 15, 2013**

**VIA FACSIMILE (212) 805-6382**

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl Street**
**New York, NY 10007-1312**
**Attn: Honorable Victor Marrero**

### RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
### Indictment #: S1-11-CR-614

Dear Honorable Marrero:

    With the consent of the Assistant US Attorney, Michael Ferrara and Pretrial Services Officer Dennis Khilkevich, I write on behalf of my client, William Pazienza, who is requesting permission to travel to Ithaca, New York to bring his son, Vincent to Ithaca College which is located at 953 Danby Road, Ithaca, New York 14850 on Friday, January 18, 2013. He will be leaving his home at 7:00 a.m. and will return home by his curfew time of 8:00 p.m.

Very truly yours,

JOHN A. SERVIDER
Jas:

cc: Dennis Khilkevich via electronic mail
NYSPTML_EMUNIT@nyspt.uscourts.gov

cc: AUSA Michael Ferrara via electronic mail
Michael.Ferrara@USDOJ.Gov

```
Request GRANTED. The bail conditions of defendant
William Pazienza                          herein
are modified to permit travel to  Ithaca, NY
on 1-18-13 thru 1-18-13 for the purposes
and on the terms and conditions set forth above.

SO ORDERED:

1-15-13                    _____
DATE              VICTOR MARRERO, U.S.D.J.
```