# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

February 11, 2013

**VIA FACSIMILE (212) 805-6382**

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/13

RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
Indictment #: S1-11-CR-614

Dear Honorable Marrero:

With the consent of the Assistant US Attorney, Michael Ferrara and Pretrial Services Officer Dennis Khilkevich, they have agreed to extend Mr. Pazienza's curfew to 1:00 a.m. on Sunday, February 17, 2013. Mr. Pazienza will be attending a friends wedding and reception that will be held at the Tribeca Rooftop located at 2 Desbrosses Street, New York, NY on Saturday, February 16, 2013.

Please advise of your consent to this request.

Very truly yours,

JOHN A. SERVIDER
Jas:

cc: Dennis Khilkevich via electronic mail
NYSPTML_EMUNIT@nyspt.uscourts.gov

cc: AUSA Michael Ferrara via electronic mail
Michael.Ferrara@USDOJ.Gov

Request GRANTED. The bail conditions of defendant _William Pazienza_ herein are modified to permit _extension of curfew_ on _2-16-13_ thru _2-17-13_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

2-13-13
DATE      VICTOR MARRERO, U.S.D.J.

TOTAL P.02