# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

February 14, 2013

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 2/14/13**

**VIA FACSIMILE (212) 805-6382**

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Victor Marrero

### RE: UNITED STATES OF AMERICA vs. WILLIAM PAZIENZA
### Indictment #: S1-11-CR-614

Dear Honorable Marrero:

     My client, William Pazienza, has a son Vincent Pazienza, who is attending Ithaca College. He would like to visit his son; however the college is located in the Northern District of New York. I have contacted Pretrial Services Officer Dennis Khilkevich and he has approved my request along with Assistant US Attorney Michael Ferrara. Wherefore, we are requesting a modification of the bail conditions of William Pazienze to include travel to the Northern District of New York.

Very truly yours,

JOHN A. SERVIDER
Jas:hc

cc: Dennis Khilkevich via electronic mail
NYSPTML_EMUNIT@nyspt.uscourts.gov

cc: AUSA Michael Ferrara via electronic mail
Michael.Ferrara@USDOJ.Gov

Request GRANTED. The bail conditions of defendant _William Pazienza_ herein are modified to permit travel to _Ithaca, NY_ on _prior notice to Pretrial Services_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

2-14-13
DATE          VICTOR MARRERO, U.S.D.J.