UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :   **NOTICE OF APPEARANCE AND**
    - v. -                          :   **REQUEST FOR ELECTRONIC**
                                    :   **NOTIFICATION**
                                    :
Alphonse Trucchio, et al.,          :
                                    :   11 Cr. 614 (VM)
           Defendants.              :
                                    :
                                    :
- - - - - - - - - - - - - - - - x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case, in addition to the AUSAs already on the case, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                        By: _____
                            Celia V. Cohen
                            Assistant United States Attorney
                            (212) 637-2466